UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES R. WEBB, JR.,

    Plaintiff,

v.

FRANKLIN COUNTY JAIL, JESSE YOUNG and MR. PRUSODGICH,

    Defendants.

Case No. 16-cv-1284-JPG-DGW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:** May 8, 2018      JUSTINE FLANAGAN, Acting Clerk of Court

                                    **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**